# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-01-00201-CR

**Donald Craig Roy, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NO. 47,759, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

**PER CURIAM**

The clerk's record does not contain a notice of appeal. The Clerk has been informed that no notice of appeal was filed. This Court is without jurisdiction. *See* Tex. R. App. P. 25.2(a).

The appeal is dismissed.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed: May 3, 2001

Do Not Publish